USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TRANSFIELD ER FUTURES LTD.,

                                Plaintiff,          09 CV 2086 (PKC)

-v-

                              **NOTICE OF VOLUNTARY DISMISSAL AND ORDER**

BRAVE BULK TRANSPORT LTD., MONROVIA a/k/a
BBT (BRAVE BULK TRANSPORT) LTD., MONROVIA
and BRAVE BULK TRANSPORT LTD., MALTA a/k/a/
BBT (BRAVE BULK TRANSPORT) LTD., MALTA,
and WELLINGTON SHIPPING LTD,

                              Defendant.
----------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, TRANSFIELD ER FUTURES LTD., as to defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party. *All motions terminated, Case closed.*

Dated: Oyster Bay, New York
         July 16, 2009

*SO ORDERED*
*[signature]*
*7-20-09*

By: _____
George M. Chalos (GC-8693)

CHALOS & CO, P.C.
Attorneys for Plaintiff
TRANSFIELD ER FUTURES LTD.

123 South Street
Oyster Bay, New York 11771
Tel: (516) 714-4300
Fax: (866) 702-4577
Email: gmc@chaloslaw.com